DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SONNY STEEL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2023-2755

[February 29, 2024]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy Lawrence Bailey, Judge; L.T. Case No. 98-1536CF10A.

Sonny Steel, Fort Lauderdale, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***